**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Christina Moyer
                Plaintiff,

v.                                    Case No.: 1:14–cv–00561
                                          Honorable Elaine E. Bucklo

Michaels Stores Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 14, 2014:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendant's motion to dismiss the consolidated complaint [51] is granted. All pending dates and motions are terminated as moot. Enter Memorandum Opinion and Order. Civil case terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.